OSCN Found Document:IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS

 

 
 IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS2026 OK CR 12Case Number: CCAD-2026-3Decided: 03/09/2026THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2026 OK CR 12, __ P.3d __

 

IN RE: REVISION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS

ORDER ADOPTING AMENDMENTS TO EXISTING RULE 1.7

We find it necessary that Rule 1.7 should be revised to reflect the correct and current address of the Clerk of this Court. Pursuant to the provisions of Section 1051(B) of Title 22 of the Oklahoma Statutes, we hereby revise, adopt, promulgate, and republish Rule 1.7, Rules of the Oklahoma Court of Criminal Appeals, Title 22, Ch.18, App. (2026), as set forth in the following attachment (strikethrough denotes deleted words, underline denotes added words).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that these revisions shall become effective on the date of this order.

IT IS SO ORDERED.

WITNESS OUR HANDS AND THE SEAL OF THIS COURT this _9__ day of _March_______, 2026.

/s/_____________________________________________

GARY L. LUMPKIN, Presiding Judge

/s/_____________________________________________

WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/_____________________________________________

DAVID B. LEWIS, Judge

/s/_____________________________________________

ROBERT L. HUDSON, Judge

/s/_____________________________________________

SCOTT ROWLAND, Judge

ATTEST:

/s/_____________________

Clerk

 

Rule 1.7 Communication to be Addressed to Clerk of this Court 

All communications and inquiries regarding causes pending or other Court matters shall be addressed to the as follows:

Clerk of the Oklahoma Court of Criminal Appeals

Oklahoma Judicial Center

2100 N. Lincoln Blvd., Suite 4

Oklahoma City, Oklahoma 73105

or

Clerk of the Oklahoma Court of Criminal Appeals

P.O. Box 53126

Oklahoma City, Oklahoma 73152

Clerk of the Court of Criminal Appeals, Room B-2, State Capitol, 2300 N. Lincoln, Oklahoma City, Oklahoma 73105, or P. O. Box 53126, Oklahoma City, Oklahoma 73152.

 

Dockets reflecting case filings and status can be viewed on the Court's Oklahoma State Court's Network website at www.oscn.net www.OCCA.STATE.OK.US.